JOHN DEVINE, Respondent, *v.* NATHANIEL R. MILLS et al., Appellants.

(Argued June 19, 1882 ; decided October 10, 1882.)

*Henry W. Johnson* for appellant.

*James Flynn* for respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.

---

HAMILTON ROSE, as Administrator, etc., Appellant, *v.* HELEN M. WARREN et al., Respondents.

(Argued June 27, 1882; decided October 10, 1882.)

*H. D. Tucker* for appellant.

*Wm. S. Oliver* for respondents.

Agree to affirm.   No opinion.
All concur, except TRACY, J., absent.
Order affirmed.

---

In re Assignment of JOHN E. STOWELL et al., for the Benefit of Creditors.

(Argued June 27, 1882 ; decided October 10, 1882.)

REPORTED below, 26 Hun, 258.

*G. L. Smith* for appellant.

*Roswell R. Moss* for respondent.

Agree to dismiss appeal.   No opinion.
All concur, except TRACY, J., absent.
Appeal dismissed.